**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-01335-REB-KMT

KIRSTEN BACA,

   Plaintiff,

v.

TOTAL TERRAIN INCORPORATED, a Colorado corporation, and
AL WALKER,

   Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

   The matter before me is the **Stipulated Motion For Dismissal With Prejudice**

[#36] filed June 26, 2008.  After careful review of the motion and the file, the court has

concluded that the motion should be granted and that this action should be dismissed with

prejudice.

   **THEREFORE, IT IS ORDERED** as follows:

   1.  That the  **Stipulated Motion For Dismissal With Prejudice** [#36] filed June 26,

2008, is **GRANTED**;

   2.  That the Trial Preparation Conference set for September 12, 2008, is

**VACATED**;

   3.  That the jury trial set to commence September 29, 2008, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 26, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**